# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Quinton Raymon Davis            Docket No. 5:11-CR-66-1BO

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quinton Raymon Davis, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 25, 2012, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court. Quinton Raymon Davis was released from custody on August 15, 2014, at which time the term of supervised release commenced. On August 23, 2014, in response to the defendant's admitted marijuana use just prior to his release from custody, the court modified the conditions of supervised release to include the following:

> The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 22, 2014, the defendant submitted a urine sample that tested positive for cocaine and marijuana. When confronted with the results, the defendant admitted to using both substances on September 20, 2014. As a result of this drug use, he has been enrolled in our Surprise Urinalysis Program and referred to substance abuse counseling. To provide a punitive sanction for this conduct, we are recommending that the conditions of supervision be modified to include 60 days of home detention with electronic monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Quinton Raymon Davis
Docket No. 5:11-CR-66-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: September 26, 2014

### ORDER OF COURT

Considered and ordered this 25 day of September, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge